UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. CIV. S-12-2330 LKK/CKD |
| Plaintiff, | |
| v. | **ORDER** |
| CASTLE VILLAGE LLC, FUJINAKA PROPERTIES, L.P., | |
| Defendants. | |

Plaintiff has filed an ex parte application (ECF No. 22) for certain discovery, and also to modify the court's Status (Pretrial Scheduling) Conference Order of November 15, 2012 (ECF No. 17). The application does not show good cause for the court to alter the Scheduling Order. If the parties wish to make informal arrangements regarding discovery deadlines they are free to do so. However, any such consensual modifications to the Scheduling Order will not be enforced by the Court.

Accordingly, the portion of the application seeking a modification to the Scheduling Order, is **DENIED**. The remainder of the application (ECF No. 22), is referred back to Magistrate

1

Judge Delaney.

IT IS SO ORDERED.

DATED:  December 11, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT