UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. 2:12-cv-2330 LKK CKD |
| Plaintiff, | |
| v. | ORDER |
| CASTLE PARK, LLC, et al., | |
| Defendants. | |

Pending before the court are plaintiff's <u>ex parte</u> applications regarding discovery disputes. A telephonic conference was held before the undersigned regarding plaintiff's <u>ex parte</u> application to compel attendance at depositions. In light of the recent association of defense counsel, plaintiff's <u>ex parte</u> applications will be denied at this time. It is the court's expectation that the parties will meaningfully meet and confer regarding the setting of depositions and site inspections. Should further discovery disputes arise in this action which require court intervention, the parties are directed to submit a joint letter brief, not exceeding four pages. Upon review of the letter brief, the matter will be set for hearing should the court deem it necessary.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's ex parte applications (ECF Nos. 22, 24) are denied without prejudice.

Dated:  December 19, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4  kalani2330.exp.app