UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT KALANI,

      Plaintiff,

  v.

CASTLE PARK, LLC, et al.,

      Defendants.

No. 2:12-cv-2330 LKK CKD

ORDER

This matter came on for telephonic conference before the undersigned on January 16, 2014 regarding a discovery dispute. Tanya Moore appeared telephonically for plaintiff. Catherine Corfee appeared telephonically for defendants. Upon hearing the arguments of counsel and good cause appearing therefor, IT IS HEREBY ORDERED that:

The parties are in dispute regarding the propriety of certain areas of questioning posed by defense counsel to the deponent plaintiff. Questions pertaining to plaintiff's prior lawsuits are allowed. Any objections may be stated on the record. Deponent may be directed not to answer only if necessary to preserve a privilege. See Fed. R. Civ. P. 30(c)(2).

Defendants are allowed to depose plaintiff for seven hours. Fed. R. Civ. P. 30(d)(1). In the event the seven hours of deposition are not completed in one day, defendants may renotice the deposition so as to complete the seven hours without further order of court, provided that said deposition complies with the court's scheduling order of November 15, 2012.

1

1   Defendants' request for a discovery referee is denied without prejudice.

2   Dated: January 16, 2014

3   _____
    CAROLYN K. DELANEY
4   UNITED STATES MAGISTRATE JUDGE

6   4 kalani2330.telconf.oah