UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. 2:12-cv-2330 LKK CKD |
| Plaintiff, | |
| v. | ORDER |
| CASTLE PARK, LLC, et al., | |
| Defendants. | |

The parties have submitted a joint letter brief regarding a discovery dispute. Under the scheduling order (ECF No. 17), all discovery motions were to be heard no later than January 14, 2014. Defendant's motion (ECF No. 33) is accordingly untimely and is denied.

Dated: February 12, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 kalani2330.depo