UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. CIV. S-12-2330 LKK/CKD |
| Plaintiff, | |
| v. | **ORDER** |
| CASTLE VILLAGE LLC, FUJINAKA PROPERTIES, L.P., | |
| Defendants. | |

Plaintiff has filed an <u>ex parte</u> application to amend the court's Status (Pretrial Scheduling) Conference Order (ECF No. 17), to continue by one day – to April 7, 2014 – the last date for hearing dispositive motions. Defendant has filed an opposition.

Having reviewed the papers, the court finds good cause to make this minor amendment. Accordingly, plaintiff's application (ECF No. 36) is **GRANTED**.

IT IS SO ORDERED.

DATED: February 28, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT