UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. CIV. S-12-2330 LKK/CKD |
| Plaintiff, | |
| v. | **ORDER** |
| CASTLE VILLAGE LLC, FUJINAKA PROPERTIES, L.P., | |
| Defendants. | |

Corfee Stone & Associates, co-counsel for defendants Castle Village, LLC and Fujinaka Properties, LP, moves to withdraw as counsel, apparently without the clients' consent. In this situation, the California Rules of Professional Conduct, made applicable to this motion by E.D. Cal. R. 182(d), require counsel to make a showing that mandatory or permissive withdrawal applies. See Cal. R. Prof. Conduct § 3-700(B) & (C). Counsel asserts however, that the firm cannot make the required showing without violating the clients' confidences, and therefore requests permission to file a declaration under seal.

Accordingly, counsel shall submit a declaration, under seal, making the required showing, no later than July 21, 2014 at 4:30

1

p.m.  Counsel shall also file a declaration in the public record establishing that the firm has complied with Cal. R. Prof. Conduct § 3-700(D) (regarding client files and retainer agreement funds), or what steps it has taken to comply.[1]

The hearing date on this matter is **CONFIRMED** for July 28, 2014 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED:  July 11, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] If counsel believes that this information would violate the clients' confidences, it too, may be submitted under seal.