UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. CIV. S-12-2330 LKK/CKD |
| Plaintiff, | |
| v. | **ORDER** |
| CASTLE VILLAGE LLC, FUJINAKA PROPERTIES, L.P., | |
| Defendants. | |

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

    IT IS SO ORDERED.

    DATED: July 22, 2014.

                                                  LAWRENCE K. KARLTON
                                                  SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT