1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Robert Kalani

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No.  2:12-cv-02330-LKK-CKD |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| CASTLE VILLAGE LLC, et al., | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendants Castle Village LLC, and Fujinaka Properties, L.P., the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: July 24, 2014             MOORE LAW FIRM, P.C.


                                */s/ Tanya E. Moore*
                                Tanya E. Moore
                                Attorneys for Plaintiff
                                Robert Kalani


Date: July 23, 2014             */s/ James L. Brunello*
                                James L. Brunello
                                Attorney for Defendants
                                Castle Village LLC, and Fujinaka Properties, L.P.

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated: July 24, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT